# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CARPENTER, an individual, | **Case No. CV11-7662 GW(JCGx)** |
| Plaintiffs, | [Assigned to Hon. George H. Wu] |
| vs. | **ORDER FOR DISMISSAL** |
| ALLSTATE INSURANCE COMPANY, a corporation; and DOES 1 through 100, Inclusive, | Trial Date: September 11, 2012 |
| | Case Filed: July 6, 2011 |
| Defendants. | JS-6 |

Having considered the Joint Stipulation to Dismiss submitted on December 19, 2012, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice, with the parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: December 21, 2012

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE

[PROPOSED] ORDER FOR DISMISSAL